**Dismissed and Memorandum Opinion filed February 3, 2026**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00196-CV

## IN RE THE COMMITTMENT OF CHEDDA MADDY

**On Appeal from the County Court at Law No 1**
**Bell County, Texas**
**Trial Court Cause No. 25CMI00789**

### MEMORANDUM  OPINION

PER CURIAM

Appellant's brief was due on December 22, 2025.  On January 5, 2026, we notified Appellant that her brief had not been filed as required under these rules. *See* Tex. R. App. P. 38.6(a).  We also informed appellant that we could dismiss this appeal for want of prosecution unless, on or before January 15, 2026, appellant filed either a motion for extension of time or a brief accompanied by a motion for extension of time reasonably explaining the brief's untimely filing.  *See* Tex. R. App. P. 10.5(b), 38.8(a)(1).  On January 23, 2026, the notice was returned to this Court as undeliverable, and we have been unable to locate a forwarding address for

the appellant.  See Tex. R. App. P. 9.1.

To date, appellant has not filed her brief, provided this Court with a means to reach her, or otherwise communicated with this Court since filing her notice of appeal.  Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b), (c).

Panel consists of Chief Justice Brister and Justices Field and Farris.